**DOCKET NUMBER:** ___CR-10-775___   **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE:** ___KORMAN___ **DATE:** __12/3/2010__ **TIME IN COURT** ____HRS _10_ MINS

**DEFENDANT'S NAME:** __BYRON MORENO RUALES_____   **DEFENDANTS #** _____
☑ Present   ☐ Not Present   ☑ Custody   ☐ Not Custody
**DEFENSE COUNSEL:** _____MICHAEL PADDEN_____
☑ Federal Defender   ☐ CJA   ☐ Retained
**A.U.S.A.:** ___RICHARD TUCKER____   **Case Manager:** PaulaMarie Susi
**ESR** __Henry__   **INTERPRETER:** ___Plastek___   **LANGUAGE:** __SPAN__

☐ Arraignment ☐ Change of Plea Hearing (~Util-Plea Entered)
☐ In Chambers Conference ☐ Pre Trial Conference
☐ Initial Appearance ☑ Status Conference
☐ Telephone Conference ☐ Motion Hearing Non Evidentiary
☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
☑ Further Status Conference/hearing set for ___1/14/11 @ 11:30.___
__ MOTIONS DUE _____ OPP BY _____ REPLY _____
__ ORAL ARGUMENT _____

__ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
__ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT __ SWORN  __ ARRAIGNED  __ INFORMED OF RIGHTS
   __ WAIVES TRIAL BEFORE DISTRICT COURT
__ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
   OF THE (Superseding) INDICTMENT /  INFORMATION.
__ COURT FINDS FACTUAL BASIS FOR THE PLEA.
__ **DEFT REQUESTS RETURN OF PROPERTY**  __ **ORDER FILED.**
__ SENTENCING SCHEDULED FOR:_____

**UTILITIES**
☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings
**Speedy Trial Start:** _12/3/10_  **Speedy Trial Stop:** _1/14/11_   **CODE TYPE:** __T__
**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☐ NO
**TEXT**