**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

Kith US

-against-

Docket No.   10-CR-775

Byron Moreno Ruales

**Defendant.**

-------------------------------------------------------------x

### CONSENT TO HAVE A PLEA TAKEN
### BEFORE A UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Roanne L. Mann has informed me of my right to have my plea taken before a United States District Judge.  I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge.  I understand that I will suffer no prejudice if I refuse to so consent.  I further understand that if I do not consent, the District Court Judge assigned, rather than the Magistrate Judge, will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before Magistrate Judge Mann.

X _____
**Defendant**

_____
**Defendant's Attorney**

_____
**U.S. Attorney**
**by AUSA**

Dated: Jan. 13, 2011
**Brooklyn, New York**

**BEFORE:**   s/Roanne L. Mann
_____
**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**